MINUTES OF CHAPTER 13 § 341(a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: **Callaghan, JR.**   (JAD)/TPA/CMB/GLT

Case Number: 19-22310

Date of Meeting: 7/22/19   Recording #: 15

Debtor(s) present ✓ or Not Present ___ (___No Payments Made or ✓ partial payments)

Attorney for debtor(s): Lampl   (Present ✓ or Not Present ___)

Date of Plan at § 341: 6-14-19   Applicable commitment period ✓ 3 yrs ___ 5 yrs

2018 return will be provided electronically
has been filed.

FILED
2019 JUL 24  AM 9:50
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

___ Meeting HELD and CONCLUDED
✓ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD
___ Order to Show Cause Requested
___ To be rescheduled by Clerk
✓ Confirmation Order recommended ___ Final ✓ Interim
___ Amended Plan due: _____ ; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
✓ Continued to:
   ___ 341 Meeting OR ✓ Conciliation Conf. OR ___ *Contested Hearing
   On 12-19-19 at 1:30 am/pm Location _____

_Kate DeSimone_
Chapter 13 Trustee/Attorney for Trustee