# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| Debtor: | RICHARD MICHAEL & JOYCE M CALLAGHAN |
| Case Number: | 19-22310-JAD    Chapter: 13 |
| Date / Time / Room: | THURSDAY, DECEMBER 19, 2019  01:30 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

RECEIVED
2019 DEC 20  P 12: 36
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

**Matter:**

#26 - Final Confirmation of Plan Dated 6/14/2019 (NFC)
R / M #: 26 / 0

**Appearances:**

Debtor: Elsie Lampl
Trustee: Winnecour / Pail / (Katz) / DeSimone
Creditor:

*Debtor Husband passed away. Case continued for Debtor W to review options.*

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 2/27/20 at 9:30 AM

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

12/9/2019    3:33:43PM