## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Richard Michael Callaghan Jr.         CHAPTER 13
       Joyce M. Callaghan
                Debtor(s)        BKY. NO. 19-22310 JAD

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-B and index same on the master mailing list.

                       Respectfully submitted,

                       /s/ *Brian C. Nicholas*
                       Brian Nicholas
                       18 Nov 2020, 15:25:17, EST

                       Brian C. Nicholas, Esq. (317240) ☑
                       Maria D. Miksich, Esq. (319383) ☐
                       Rebecca A. Solarz, Esq. (315936) ☐
                       KML Law Group, P.C.
                       BNY Mellon Independence Center
                       701 Market Street, Suite 5000
                       Philadelphia, PA 19106
                       412-430-3594
                       bkgroup@kmllawgroup.com