UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  RICHARD MICHAEL CALLAGHAN, JR.<br>JOYCE M CALLAGHAN<br>         Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>         vs.<br>  RICHARD MICHAEL CALLAGHAN, JR.<br>JOYCE M CALLAGHAN<br><br>       Respondents | Case No.19-22310JAD<br><br>Chapter 13<br><br>  Related to<br>Document No.___60___ |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this ___12th___ day of ___June___, 20_24_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Kiski Valley Opportunities Unlimited
Attn: Payroll Manager
129 Columbia Ave
Vandergrift,PA 15690

is hereby ordered to immediately terminate the attachment of the wages of JOYCE M CALLAGHAN, social security number XXX-XX-9587.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JOYCE M CALLAGHAN.

BY THE COURT:

_____
sjk
UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

cc: Debtor(s)
    Debtor(s) Attorney

FILED
6/12/24 12:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-22310-JAD
Richard Michael Callaghan, Jr.  Chapter 13
Joyce M Callaghan
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2
Date Rcvd: Jun 12, 2024     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol   Definition**
+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard Michael Callaghan, Jr., Joyce M Callaghan, 1887 St. Rt. 356, Leechburg, PA 15656-2012 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2024 at the address(es) listed below:

**Name**     **Email Address**

Denise Carlon
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

Denise Carlon
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK N.A., AS INDENTURE TRUSTEE FOR THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-B dcarlon@kmllawgroup.com

Denise Carlon
    on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com

Elsie R. Lampl
    on behalf of Joint Debtor Joyce M Callaghan elampl@lampllawoffice.com  elampl@gmail.com

Elsie R. Lampl
    on behalf of Debtor Richard Michael Callaghan  Jr. elampl@lampllawoffice.com, elampl@gmail.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jun 12, 2024 | Form ID: pdf900 | Total Noticed: 1 |

Jerome B. Blank
    on behalf of Creditor The Bank Of New York Mellon  et.al. jblank@pincuslaw.com, brausch@pincuslaw.com

Marisa Myers Cohen
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK  N.A., AS INDENTURE TRUSTEE FOR THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-B ecfmail@mwc-law.com, mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor The Bank Of New York Mellon  et.al. pawb@fedphe.com

TOTAL: 11