**Form 4100R – Cure Response Form Page 1**

| **Fill in this information to identify the case:** |
|---|

| Debtor 1 | Richard Michael Callaghan Jr |
|---|---|

| Debtor 2 | Joyce M Callaghan |
|---|---|
| (Spouse, if filing) | |

United States Bankruptcy Court for the: Western      District of PENNSYLVANIA
                                                          (State)

Case number   19-22310

# Form 4100R

# Response to Notice of Final Cure payment                  10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

| **Part 1:** | **Mortgage Information** |
|---|---|

**Name of creditor:** THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-B

**Court claim no. (if known):** 9.2

**Last 4 digits** of any number you use to identify the debtor's account: 2 5 6 6

**Property Address:** 1704   ROUTE 356
                          Number       Street

LEECHBURG             PA   15656-2010
City                        State   ZIP Code

| **Part 2:** | **Prepetition Default Payments** |
|---|---|

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $_____

| **Part 3:** | **Postpetition Mortgage Payment** |
|---|---|

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs. *

    The next postpetition payment from the debtor(s) is due on: _____
                                                    MM/DD/YYYY

☑ Creditor states that the debtors(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

    Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | | |
|---|---|---|---|
| a. | Total postpetition ongoing payments due: | (a) $ | 0.00 |
| b. | Total fees, charges, expenses, escrow, and costs outstanding: | + (b) $ | 0.00 |
| c. | **Total.** Add lines a and b. | (c) $ | 0.00 |

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    10/25/2024 *
                                                    MM/DD/YYYY

**Form 4100R – Cure Response Form Page 2**

Debtor 1    Richard Michael Callaghan Jr                  Case number *(if known)* 19-22310
           First Name            Middle Name         Last Name

| Part 4: | Itemized Payment History |
| --- | --- |

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

| Part 5: | Sign Here |
| --- | --- |

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

❑ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗    /s/ Andrew M. Lubin                  Date    09/19/24
      Signature                                  /   /

Print    Andrew M. Lubin                  Title    Attorney for creditor
      First Name        Middle Name       Last Name

Company    McCabe, Weisberg & Conway, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    1420 Walnut Street, Suite 1501
      Number         Street

        Philadelphia, PA 19102
      City                        State      Zip Code

Contact phone   ( 215 ) 790 - 1010            Email    ecfmail@mwc-law.com

\*    The post-petition payments are current through 10/25/2024. The Bank advises that an excess balance of Trustee funds was received that cannot be applied to monthly payments in advance because this is an adjustable rate HELOC loan.  Monthly payments cannot be predicted in advance. The Bank advises that the excess balance, therefore, must be (a) returned to the Debtors; or (b) returned to the Trustee; or (c) applied towards principal curtailment.

The payment history shall be forthcoming and filed as a supplement.

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:  Richard Michael Callaghan, Jr. and
       Joyce M Callaghan
                    Debtors

THE BANK OF NEW YORK MELLON FKA
THE BANK OF NEW YORK SUCCESSOR
INDENTURE TRUSTEE TO JPMORGAN
CHASE BANK, N.A., AS INDENTURE
TRUSTEE FOR THE CWHEQ REVOLVING
HOME EQUITY LOAN TRUST, SERIES
2005-B, or its Successor or Assignee
                    Movant

          vs.

Ronda J. Winnecour
Richard Michael Callaghan, Jr. and Joyce M
Callaghan
                    Respondents

Chapter 13

Bankruptcy No. 19-22310

## CERTIFICATION OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT

I, Andrew M. Lubin, attorney for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-B, hereby certify that I served a true and correct copy of the foregoing Response to Notice of Final Cure Payment, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served:   09/19/24

| | | |
|---|---|---|
| Richard Michael Callaghan, Jr.<br>1887 St. Rt. 356<br>Leechburg, PA 15656 | Elsie R. Lampl<br>435 South Maple Avenue<br>Greensburg, PA 15601<br>Attorney for Debtors | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Trustee |
| Joyce M Callaghan<br>1887 St. Rt. 356<br>Leechburg, PA 15656 | Office of the United States Trustee<br>1000 Liberty Avenue<br>Suite 1316<br>Pittsburgh, PA 15222 | |

/s/ Andrew M. Lubin

MARISA MYERS COHEN, ESQUIRE ID #87830
ANDREW M. LUBIN, ESQUIRE ID # 54297
Attorney for THE BANK OF NEW YORK MELLON FKA
THE BANK OF NEW YORK SUCCESSOR INDENTURE
TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS
INDENTURE TRUSTEE FOR THE CWHEQ
REVOLVING HOME EQUITY LOAN TRUST, SERIES
2005-B
1420 Walnut Street, Suite 1501
Philadelphia, PA 19102
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com