Form 408

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Richard Michael Callaghan Jr.**
**Joyce M Callaghan**
  Debtor(s)

Bankruptcy Case No.: 19−22310−JAD
Related to Doc. #68
Chapter: 13
Docket No.: 69 − 68

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this The 26th of September, 2024, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 11/15/24.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **11/26/24 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **11/15/24.**

                                                            Jeffery A. Deller
                                                            United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22310-JAD |
| Richard Michael Callaghan, Jr. | Chapter 13 |
| Joyce M Callaghan | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Sep 26, 2024 | Form ID: 408 | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^         Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard Michael Callaghan, Jr., Joyce M Callaghan, 1887 St. Rt. 356, Leechburg, PA 15656-2012 |
| 15066164 | | MBNA America nka Bank of American, c/o Phelan Hallinan Diamond & Jones LLC, Kenya Bates, Esq/ Abigail Brunner, Esq, 1617 JFK Blvd Ste1400 One Penn Cntr Pla, Lynn, MA 01910-3000 |
| 15066167 | | Visa/Clearview Federal Credit Union, P.O. Box 71050, Charlotte, NC 28272-1050 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 26 2024 23:59:00 | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2024 00:44:15 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2024 00:26:06 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Sep 27 2024 00:00:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15066158 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 27 2024 00:04:49 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15072494 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 27 2024 00:03:07 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15079563 | + | Email/Text: bankruptcy@clearviewfcu.org | Sep 27 2024 00:01:00 | Clearview FCU, 8805 University Blvd, Moon Township PA 15108-4212 |
| 15066160 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 27 2024 00:43:25 | Credit One, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 15066162 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 27 2024 00:25:21 | First Premier Bank, 601 South Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 15066161 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 27 2024 00:25:40 | First Premier Bank, P.O. Box 5529, Sioux Falls, SD 57117-5529 |
| 15066163 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2024 00:03:07 | Lowes, c/o Synchrony Bank P.O. Box 965060, Orlando, FL 32896-5060 |
| 15076233 | + | Email/PDF: cbp@omf.com | Sep 27 2024 00:05:05 | Onemain, PO Box 3251, Evansville, IN 47731-3251 |
| 15066166 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 27 2024 00:00:00 | PNC Bank, P.O. Box 1820, Dayton, OH 45401 |
| 15105762 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 27 2024 00:00:00 | PNC Bank, National Association, Attn: |

Case 19-22310-JAD   Doc 70   Filed 09/28/24   Entered 09/29/24 00:31:22   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 26, 2024 | Form ID: 408 | Total Noticed: 27 |

| Recip ID | Bypass/Notice | Date/Time | Name and Address |
|---|---|---|---|
| | | | Bankruptcy, P.O. Box 94982, Cleveland, OH 44101 |
| 15093683 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 27 2024 00:43:47 | | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15105801 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 27 2024 00:25:54 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15068907 | + Email/PDF: resurgentbknotifications@resurgent.com Sep 27 2024 00:26:27 | | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 15066165 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 27 2024 00:01:00 | | Peebles - Comentiy, P.O. Box 659465, San Antonio, TX 78265-9465 |
| 15091803 | + Email/Text: JCAP_BNC_Notices@jcap.com Sep 27 2024 00:01:00 | | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15101498 | Email/Text: bnc-quantum@quantum3group.com Sep 27 2024 00:01:00 | | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15066652 | ^ MEBN Sep 26 2024 23:52:27 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15098467 | Email/Text: creditcardbkcorrespondence@bofa.com Sep 26 2024 23:59:00 | | The Bank of New York Mellon, et.al., Bank of America,, P.O. Box 31785, Tampa FL 33631-3785 |
| 15098466 | Email/Text: creditcardbkcorrespondence@bofa.com Sep 26 2024 23:59:00 | | The Bank of New York Mellon, et.al., Bank of America, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 15096781 | Email/Text: BNCnotices@dcmservices.com Sep 27 2024 00:00:00 | | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | | BANK OF AMERICA, N.A. |
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| cr | | The Bank Of New York Mellon, et.al. |
| 15066159 | | Clearview FCU |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |

TOTAL: 8 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK  N.A., AS INDENTURE TRUSTEE FOR THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-B nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| Denise Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK  N.A., AS INDENTURE TRUSTEE FOR THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-B dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Elsie R. Lampl | on behalf of Debtor Richard Michael Callaghan  Jr. elampl@lampllawoffice.com, elampl@gmail.com |
| Elsie R. Lampl | on behalf of Joint Debtor Joyce M Callaghan elampl@lampllawoffice.com  elampl@gmail.com |
| Jerome B. Blank | on behalf of Creditor The Bank Of New York Mellon  et.al. jblank@pincuslaw.com, brausch@pincuslaw.com |
| Marisa Myers Cohen | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK  N.A., AS INDENTURE TRUSTEE FOR THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-B ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor The Bank Of New York Mellon  et.al. pawb@fedphe.com |

TOTAL: 12