**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>RICHARD MICHAEL CALLAGHAN, JR.<br>JOYCE M CALLAGHAN<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>    Movant<br>  vs.<br>No Respondents. | Case No.:19-22310 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 25, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/07/2019 and confirmed on 7/25/19. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 86,760.11 |
| Less Refunds to Debtor | 679.70 | |
| TOTAL AMOUNT OF PLAN FUND | | 86,080.41 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 1,000.00 | |
|   Trustee Fee | 4,288.27 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,288.27 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BANK OF NEW YORK MELLON | 0.00 | 26,279.94 | 0.00 | 26,279.94 |
|     Acct: 2566 | | | | |
|   BANK OF NEW YORK MELLON | 15,709.72 | 15,709.72 | 0.00 | 15,709.72 |
|     Acct: 2566 | | | | |
|   CLEARVIEW FCU** | 14,900.83 | 14,900.83 | 1,200.16 | 16,100.99 |
|     Acct: 0072 | | | | |
|   PNC BANK NA | 5,994.77 | 5,994.77 | 249.18 | 6,243.95 |
|     Acct: 9426 | | | | |
| | | | | 64,334.60 |
| **Priority** | | | | |
|   ELSIE R LAMPL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICHARD MICHAEL CALLAGHAN, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICHARD MICHAEL CALLAGHAN, JR. | 679.70 | 679.70 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ELSIE R LAMPL ESQ | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BANK OF NEW YORK MELLON | 650.00 | 650.00 | 0.00 | 650.00 |
|     Acct: 2566 | | | | |
| | | | | 650.00 |
| **Unsecured** | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 876.84 | 616.78 | 0.00 | 616.78 |
|     Acct: 6368 | | | | |
|   PYOD LLC | 1,252.59 | 881.08 | 0.00 | 881.08 |
|     Acct: 8279 | | | | |
|   PREMIER BANKCARD LLC; JEFFERSON C | 1,034.77 | 727.87 | 0.00 | 727.87 |
|     Acct: 5048 | | | | |
|   PREMIER BANKCARD LLC; JEFFERSON C | 1,039.56 | 731.24 | 0.00 | 731.24 |
|     Acct: 5918 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 1,795.78 | 1,263.17 | 0.00 | 1,263.17 |
|     Acct: 5149 | | | | |
|   QUANTUM3 GROUP LLC AGNT - COMENIT | 287.47 | 202.21 | 0.00 | 202.21 |

19-22310 JAD                                                                              Page 2 of 2

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 5844 | | | | |
| | CLEARVIEW FCU** | 13,208.79 | 9,291.15 | 0.00 | 9,291.15 |
| | Acct: 6251 | | | | |
| | PRA RECEIVABLES MANAGEMENT LLC - A | 2,293.00 | 1,612.91 | 0.00 | 1,612.91 |
| | Acct: 5597 | | | | |
| | UPMC HEALTH SERVICES | 684.00 | 481.13 | 0.00 | 481.13 |
| | Acct: 4009 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5149 | | | | |
| | KML LAW GROUP PC** (FRMRLY BRIAN C | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | | |
| | | | | | 15,807.54 |

| | | |
|---|---|---|
| TOTAL PAID TO CREDITORS | | 80,792.14 |

TOTAL CLAIMED
PRIORITY            650.00
SECURED          36,605.32
UNSECURED        22,472.80


Date: 09/25/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   RICHARD MICHAEL CALLAGHAN, JR.
   JOYCE M CALLAGHAN
        Debtor(s)

Ronda J. Winnecour
       Movant
     vs.
No Repondents.

Case No.:19-22310 JAD

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22310-JAD |
| Richard Michael Callaghan, Jr. | Chapter 13 |
| Joyce M Callaghan | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Sep 26, 2024 | Form ID: pdf900 | Total Noticed: 27 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard Michael Callaghan, Jr., Joyce M Callaghan, 1887 St. Rt. 356, Leechburg, PA 15656-2012 |
| 15066164 | | MBNA America nka Bank of American, c/o Phelan Hallinan Diamond & Jones LLC, Kenya Bates, Esq/ Abigail Brunner, Esq, 1617 JFK Blvd Ste1400 One Penn Cntr Pla, Lynn, MA 01910-3000 |
| 15066167 | | Visa/Clearview Federal Credit Union, P.O. Box 71050, Charlotte, NC 28272-1050 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 26 2024 23:59:00 | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2024 00:43:25 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2024 00:25:37 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Sep 27 2024 00:00:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15066158 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 27 2024 00:25:11 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15072494 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 27 2024 00:03:12 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15079563 | + | Email/Text: bankruptcy@clearviewfcu.org | Sep 27 2024 00:01:00 | Clearview FCU, 8805 University Blvd, Moon Township PA 15108-4212 |
| 15066160 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 27 2024 00:25:53 | Credit One, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 15066162 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 27 2024 00:26:27 | First Premier Bank, 601 South Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 15066161 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 27 2024 00:26:08 | First Premier Bank, P.O. Box 5529, Sioux Falls, SD 57117-5529 |
| 15066163 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2024 00:03:06 | Lowes, c/o Synchrony Bank P.O. Box 965060, Orlando, FL 32896-5060 |
| 15076233 | + | Email/PDF: cbp@omf.com | Sep 27 2024 00:03:42 | Onemain, PO Box 3251, Evansville, IN 47731-3251 |
| 15066166 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 27 2024 00:00:00 | PNC Bank, P.O. Box 1820, Dayton, OH 45401 |
| 15105762 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 27 2024 00:00:00 | PNC Bank, National Association, Attn: |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Bankruptcy, P.O. Box 94982, Cleveland, OH 44101 |
| 15093683 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 27 2024 00:25:55 | | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15105801 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 27 2024 00:26:24 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15068907 | + | Email/PDF: resurgentbknotifications@resurgent.com Sep 27 2024 00:26:40 | | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 15066165 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 27 2024 00:01:00 | | Peebles - Comentiy, P.O. Box 659465, San Antonio, TX 78265-9465 |
| 15091803 | + | Email/Text: JCAP_BNC_Notices@jcap.com Sep 27 2024 00:01:00 | | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15101498 | | Email/Text: bnc-quantum@quantum3group.com Sep 27 2024 00:01:00 | | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15066652 | ^ | MEBN Sep 26 2024 23:52:28 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15098467 | | Email/Text: creditcardbkcorrespondence@bofa.com Sep 26 2024 23:59:00 | | The Bank of New York Mellon, et.al., Bank of America,, P.O. Box 31785, Tampa FL 33631-3785 |
| 15098466 | | Email/Text: creditcardbkcorrespondence@bofa.com Sep 26 2024 23:59:00 | | The Bank of New York Mellon, et.al., Bank of America, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 15096781 | | Email/Text: BNCnotices@dcmservices.com Sep 27 2024 00:00:00 | | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | | BANK OF AMERICA, N.A. |
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| cr | | The Bank Of New York Mellon, et.al. |
| 15066159 | | Clearview FCU |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |

TOTAL: 8 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Sep 26, 2024 | Form ID: pdf900 | Total Noticed: 27

Date: Sep 28, 2024    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew M. Lubin | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK  N.A., AS INDENTURE TRUSTEE FOR THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-B nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| Denise Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK  N.A., AS INDENTURE TRUSTEE FOR THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-B dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Elsie R. Lampl | on behalf of Debtor Richard Michael Callaghan  Jr. elampl@lampllawoffice.com, elampl@gmail.com |
| Elsie R. Lampl | on behalf of Joint Debtor Joyce M Callaghan elampl@lampllawoffice.com  elampl@gmail.com |
| Jerome B. Blank | on behalf of Creditor The Bank Of New York Mellon  et.al. jblank@pincuslaw.com, brausch@pincuslaw.com |
| Marisa Myers Cohen | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK  N.A., AS INDENTURE TRUSTEE FOR THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-B ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor The Bank Of New York Mellon  et.al. pawb@fedphe.com |

TOTAL: 12