Form 4100R – Cure Response Form Page 1

**Fill in this information to identify the case:**

Debtor 1: Richard Michael Callaghan Jr

Debtor 2: Joyce M Callaghan
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of PENNSYLVANIA (State)

Case number: 19-22310

# Form 4100R
## Amended Response to Notice of Final Cure payment                                      10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-B

**Court claim no. (if known):** 9.2

**Last 4 digits** of any number you use to identify the debtor's account: 2 5 6 6

**Property Address:** 1704 ROUTE 356
Number     Street

LEECHBURG     PA     15656-2010
City     State     ZIP Code

### Part 2: Prepetition Default Payments

Check one:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $_____

### Part 3: Postpetition Mortgage Payment

Check one:

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 10/25/2024
MM/DD/YYYY

☐ Creditor states that the debtors(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                          (a) $ 0.00

b. Total fees, charges, expenses, escrow, and costs outstanding:                     + (b) $ 0.00

c. **Total.** Add lines a and b.                                                      (c) $ 0.00

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: _____
MM/DD/YYYY

Form 4100R     **Response to Notice of Final Cure Payment**     page 1

Form 4100R – Cure Response Form Page 2

| Debtor 1 | Richard Michael Callaghan Jr | Case number (if known) | 19-22310 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Andrew M. Lubin
Signature

Date 10/02/24

Print: Andrew M. Lubin
First Name  Middle Name  Last Name

Title: Attorney for creditor

Company: McCabe, Weisberg & Conway, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 1420 Walnut Street, Suite 1501
Number  Street

Philadelphia, PA 19102
City  State  Zip Code

Contact phone: (215) 790 - 1010

Email: ecfmail@mwc-law.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:  Richard Michael Callaghan, Jr. and Joyce M Callaghan<br>                    Debtors | Chapter 13<br><br>Bankruptcy No. 19-22310 |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-B, or its Successor or Assignee<br>                    Movant<br><br>                vs.<br><br>Ronda J. Winnecour<br>Richard Michael Callaghan, Jr. and Joyce M Callaghan<br>                    Respondents | |

**CERTIFICATION OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT**

I, Andrew M. Lubin, attorney for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-B, hereby certify that I served a true and correct copy of the foregoing Amended Response to Notice of Final Cure Payment, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served:  10/02/24

| | | |
|---|---|---|
| Richard Michael Callaghan, Jr.<br>1887 St. Rt. 356<br>Leechburg, PA 15656 | Elsie R. Lampl<br>435 South Maple Avenue<br>Greensburg, PA 15601<br>Attorney for Debtors | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Trustee |
| Joyce M Callaghan<br>1887 St. Rt. 356<br>Leechburg, PA 15656 | Office of the United States Trustee<br>1000 Liberty Avenue<br>Suite 1316<br>Pittsburgh, PA 15222 | |

/s/ Andrew M. Lubin
MARISA MYERS COHEN, ESQUIRE ID #87830
ANDREW M. LUBIN, ESQUIRE ID # 54297
Attorney for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-B
1420 Walnut Street, Suite 1501
Philadelphia, PA 19102
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com