**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>RICHARD MICHAEL CALLAGHAN, JR.<br>JOYCE M CALLAGHAN<br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:19-22310 JAD<br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 06/07/2019 and confirmed on 07/25/2019 . The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 86,760.11 |
| Less Refunds to Debtor | 679.70 | |
| TOTAL AMOUNT OF PLAN FUND | | 86,080.41 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 1,000.00 | |
|   Trustee Fee | 4,288.27 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,288.27 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BANK OF NEW YORK MELLON | 0.00 | 26,279.94 | 0.00 | 26,279.94 |
|     Acct: 2566 | | | | |
|   BANK OF NEW YORK MELLON | 15,709.72 | 15,709.72 | 0.00 | 15,709.72 |
|     Acct: 2566 | | | | |
|   CLEARVIEW FCU** | 14,900.83 | 14,900.83 | 1,200.16 | 16,100.99 |
|     Acct: 0072 | | | | |
|   PNC BANK NA | 5,994.77 | 5,994.77 | 249.18 | 6,243.95 |
|     Acct: 9426 | | | | |
| | | | | 64,334.60 |
| **Priority** | | | | |
|   ELSIE R LAMPL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICHARD MICHAEL CALLAGHAN, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICHARD MICHAEL CALLAGHAN, JR. | 679.70 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICHARD MICHAEL CALLAGHAN, JR. | 679.70 | 679.70 | 0.00 | 0.00 |
|     Acct: | | | | |

Case 19-22310-JAD    Doc 76    Filed 11/13/24    Entered 11/13/24 12:28:22    Desc Main
Document      Page 2 of 3

| 19-22310 JAD | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| ELSIE R LAMPL ESQ  Acct: | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| BANK OF NEW YORK MELLON  Acct: 2566 | 650.00 | 650.00 | 0.00 | 650.00 |
| | | | | 650.00 |
| **Unsecured** | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC  Acct: 6368 | 876.84 | 616.78 | 0.00 | 616.78 |
| PYOD LLC  Acct: 8279 | 1,252.59 | 881.08 | 0.00 | 881.08 |
| PREMIER BANKCARD LLC; JEFFERSON C  Acct: 5048 | 1,034.77 | 727.87 | 0.00 | 727.87 |
| PREMIER BANKCARD LLC; JEFFERSON C  Acct: 5918 | 1,039.56 | 731.24 | 0.00 | 731.24 |
| PORTFOLIO RECOVERY ASSOCIATES LL(  Acct: 5149 | 1,795.78 | 1,263.17 | 0.00 | 1,263.17 |
| QUANTUM3 GROUP LLC AGNT - COMENIT  Acct: 5844 | 287.47 | 202.21 | 0.00 | 202.21 |
| CLEARVIEW FCU**  Acct: 6251 | 13,208.79 | 9,291.15 | 0.00 | 9,291.15 |
| PRA RECEIVABLES MANAGEMENT LLC - /  Acct: 5597 | 2,293.00 | 1,612.91 | 0.00 | 1,612.91 |
| UPMC HEALTH SERVICES  Acct: 4009 | 684.00 | 481.13 | 0.00 | 481.13 |
| SYNCHRONY BANK**  Acct: 5149 | 0.00 | 0.00 | 0.00 | 0.00 |
| KML LAW GROUP PC** (FRMRLY BRIAN C  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PHELAN HALLINAN DIAMOND & JONES LI  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| GRB LAW**  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KML LAW GROUP PC*  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 15,807.54 |

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 80,792.14 |

TOTAL CLAIMED
 PRIORITY                       650.00
 SECURED                    36,605.32
 UNSECURED                 22.472.80

Date: 11/13/2024                                                      /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com