| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Richard Michael Callaghan Jr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–4009<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Joyce M Callaghan<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–9587<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   19–22310–JAD | | |

## Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Joyce M Callaghan

11/21/24

**By the court:**  Jeffery A. Deller
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on a debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:   Case No. 19-22310-JAD

Richard Michael Callaghan, Jr.   Chapter 13

Joyce M Callaghan

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3
Date Rcvd: Nov 21, 2024      Form ID: 3180WJ02      Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard Michael Callaghan, Jr., Joyce M Callaghan, 1887 St. Rt. 356, Leechburg, PA 15656-2012 |
| 15066164 | | MBNA America nka Bank of American, c/o Phelan Hallinan Diamond & Jones LLC, Kenya Bates, Esq/ Abigail Brunner, Esq, 1617 JFK Blvd Ste1400 One Penn Cntr Pla, Lynn, MA 01910-3000 |
| 15066167 | | Visa/Clearview Federal Credit Union, P.O. Box 71050, Charlotte, NC 28272-1050 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: BANKAMER | Nov 22 2024 04:48:00 | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | + | EDI: PRA.COM | Nov 22 2024 04:48:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: PRA.COM | Nov 22 2024 04:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Nov 21 2024 23:56:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15066158 | + | EDI: CAPITALONE.COM | Nov 22 2024 04:48:00 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15072494 | | EDI: CAPITALONE.COM | Nov 22 2024 04:48:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15079563 | + | Email/Text: bankruptcy@clearviewfcu.org | Nov 21 2024 23:57:00 | Clearview FCU, 8805 University Blvd, Moon Township PA 15108-4212 |
| 15066160 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 22 2024 01:58:19 | Credit One, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 15066162 | + | EDI: AMINFOFP.COM | Nov 22 2024 04:48:00 | First Premier Bank, 601 South Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 15066161 | | EDI: AMINFOFP.COM | Nov 22 2024 04:48:00 | First Premier Bank, P.O. Box 5529, Sioux Falls, SD 57117-5529 |
| 15066163 | | EDI: SYNC | Nov 22 2024 04:48:00 | Lowes, c/o Synchrony Bank P.O. Box 965060, Orlando, FL 32896-5060 |
| 15076233 | + | EDI: AGFINANCE.COM | Nov 22 2024 04:48:00 | Onemain, PO Box 3251, Evansville, IN 47731-3251 |
| 15066166 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 21 2024 23:56:00 | PNC Bank, P.O. Box 1820, Dayton, OH 45401 |
| 15105762 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 21 2024 23:56:00 | PNC Bank, National Association, Attn: |

Case 19-22310-JAD  Doc 80  Filed 11/23/24  Entered 11/24/24 00:30:03  Desc Imaged
Certificate of Notice  Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Nov 21, 2024 | Form ID: 3180WJ02 | Total Noticed: 27 |

| Recip ID | Bypass | Notice Type / Address | Date | Recipient |
| --- | --- | --- | --- | --- |
| | | | | Bankruptcy, P.O. Box 94982, Cleveland, OH 44101 |
| 15093683 | | EDI: PRA.COM | Nov 22 2024 04:48:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15105801 | | EDI: PRA.COM | Nov 22 2024 04:48:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15068907 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 22 2024 00:04:48 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 15066165 | | EDI: WFNNB.COM | Nov 22 2024 04:48:00 | Peebles - Comentiy, P.O. Box 659465, San Antonio, TX 78265-9465 |
| 15091803 | + | EDI: JEFFERSONCAP.COM | Nov 22 2024 04:48:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15101498 | | EDI: Q3G.COM | Nov 22 2024 04:48:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15066652 | ^ | MEBN | Nov 21 2024 23:49:26 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15098467 | | EDI: BANKAMER | Nov 22 2024 04:48:00 | The Bank of New York Mellon, et.al., Bank of America,, P.O. Box 31785, Tampa FL 33631-3785 |
| 15098466 | | EDI: BANKAMER | Nov 22 2024 04:48:00 | The Bank of New York Mellon, et.al., Bank of America, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 15096781 | | Email/Text: BNCnotices@dcmservices.com | Nov 21 2024 23:56:00 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | BANK OF AMERICA, N.A. |
| cr | | BANK OF AMERICA, N.A. |
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| cr | | The Bank Of New York Mellon, et.al. |
| 15066159 | | Clearview FCU |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |

TOTAL: 8 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Nov 21, 2024 | Form ID: 3180WJ02 | Total Noticed: 27

Date: Nov 23, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2024 at the address(es) listed below:**

**Name**    **Email Address**

Andrew M. Lubin
on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK  N.A., AS INDENTURE TRUSTEE FOR THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-B nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com

Denise Carlon
on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK  N.A., AS INDENTURE TRUSTEE FOR THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-B dcarlon@kmllawgroup.com

Denise Carlon
on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com

Denise Carlon
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

Elsie R. Lampl
on behalf of Debtor Richard Michael Callaghan  Jr. elampl@lampllawoffice.com, elampl@gmail.com

Elsie R. Lampl
on behalf of Joint Debtor Joyce M Callaghan elampl@lampllawoffice.com  elampl@gmail.com

Jerome B. Blank
on behalf of Creditor The Bank Of New York Mellon  et.al. jblank@pincuslaw.com, brausch@pincuslaw.com

Marisa Myers Cohen
on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK  N.A., AS INDENTURE TRUSTEE FOR THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-B ecfmail@mwc-law.com, mcohen@mwc-law.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Thomas Song
on behalf of Creditor The Bank Of New York Mellon  et.al. pawb@fedphe.com


TOTAL: 12