IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

IN RE:
RICHARD MICHAEL CALLAGHAN, JR.
JOYCE M CALLAGHAN
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-22310 JAD

Chapter 13

Related to Doc No.: 68

ORDER OF COURT

  AND NOW, this ____21st____ day of __November__, 20_24_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The **joint debtor ONLY** is entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____ sjk
U.S. BANKRUPTCY JUDGE

Jeffery A. Deller

FILED
11/21/24 4:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22310-JAD |
| Richard Michael Callaghan, Jr. | Chapter 13 |
| Joyce M Callaghan | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Nov 21, 2024 | Form ID: pdf900 | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard Michael Callaghan, Jr., Joyce M Callaghan, 1887 St. Rt. 356, Leechburg, PA 15656-2012 |
| 15066164 | | MBNA America nka Bank of American, c/o Phelan Hallinan Diamond & Jones LLC, Kenya Bates, Esq/ Abigail Brunner, Esq, 1617 JFK Blvd Ste1400 One Penn Cntr Pla, Lynn, MA 01910-3000 |
| 15066167 | | Visa/Clearview Federal Credit Union, P.O. Box 71050, Charlotte, NC 28272-1050 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 21 2024 23:56:00 | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 22 2024 00:15:25 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 22 2024 00:03:54 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Nov 21 2024 23:56:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15066158 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 22 2024 00:04:18 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15072494 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 22 2024 00:04:19 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15079563 | + | Email/Text: bankruptcy@clearviewfcu.org | Nov 21 2024 23:57:00 | Clearview FCU, 8805 University Blvd, Moon Township PA 15108-4212 |
| 15066160 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 22 2024 00:03:55 | Credit One, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 15066162 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 22 2024 01:58:20 | First Premier Bank, 601 South Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 15066161 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 22 2024 00:04:44 | First Premier Bank, P.O. Box 5529, Sioux Falls, SD 57117-5529 |
| 15066163 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 22 2024 00:03:52 | Lowes, c/o Synchrony Bank P.O. Box 965060, Orlando, FL 32896-5060 |
| 15076233 | + | Email/PDF: cbp@omf.com | Nov 22 2024 00:04:18 | Onemain, PO Box 3251, Evansville, IN 47731-3251 |
| 15066166 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 21 2024 23:56:00 | PNC Bank, P.O. Box 1820, Dayton, OH 45401 |
| 15105762 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 21 2024 23:56:00 | PNC Bank, National Association, Attn: |

Case 19-22310-JAD    Doc 81    Filed 11/23/24    Entered 11/24/24 00:30:03    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 21, 2024 | Form ID: pdf900 | Total Noticed: 27 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Bankruptcy, P.O. Box 94982, Cleveland, OH 44101 |
| 15093683 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 22 2024 00:04:19 | | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15105801 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 22 2024 01:58:24 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15068907 | + | Email/PDF: resurgentbknotifications@resurgent.com Nov 22 2024 00:03:58 | | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 15066165 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 21 2024 23:56:00 | | Peebles - Comentiy, P.O. Box 659465, San Antonio, TX 78265-9465 |
| 15091803 | + | Email/Text: JCAP_BNC_Notices@jcap.com Nov 21 2024 23:57:00 | | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15101498 | | Email/Text: bnc-quantum@quantum3group.com Nov 21 2024 23:56:00 | | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15066652 | ^ | MEBN Nov 21 2024 23:49:29 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15098467 | | Email/Text: creditcardbkcorrespondence@bofa.com Nov 21 2024 23:56:00 | | The Bank of New York Mellon, et.al., Bank of America,, P.O. Box 31785, Tampa FL 33631-3785 |
| 15098466 | | Email/Text: creditcardbkcorrespondence@bofa.com Nov 21 2024 23:56:00 | | The Bank of New York Mellon, et.al., Bank of America, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 15096781 | | Email/Text: BNCnotices@dcmservices.com Nov 21 2024 23:56:00 | | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |

TOTAL: 24

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | | BANK OF AMERICA, N.A. |
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| cr | | The Bank Of New York Mellon, et.al. |
| 15066159 | | Clearview FCU |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |

TOTAL: 8 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Nov 21, 2024 | Form ID: pdf900 | Total Noticed: 27 |

Date: Nov 23, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2024 at the address(es) listed below:**

**Name**      **Email Address**

Andrew M. Lubin
  on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK  N.A., AS INDENTURE TRUSTEE FOR THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-B nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com

Denise Carlon
  on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK  N.A., AS INDENTURE TRUSTEE FOR THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-B dcarlon@kmllawgroup.com

Denise Carlon
  on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com

Denise Carlon
  on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

Elsie R. Lampl
  on behalf of Debtor Richard Michael Callaghan  Jr. elampl@lampllawoffice.com, elampl@gmail.com

Elsie R. Lampl
  on behalf of Joint Debtor Joyce M Callaghan elampl@lampllawoffice.com  elampl@gmail.com

Jerome B. Blank
  on behalf of Creditor The Bank Of New York Mellon  et.al. jblank@pincuslaw.com, brausch@pincuslaw.com

Marisa Myers Cohen
  on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK  N.A., AS INDENTURE TRUSTEE FOR THE CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-B ecfmail@mwc-law.com, mcohen@mwc-law.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
  cmecf@chapter13trusteewdpa.com

S. James Wallace
  on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Thomas Song
  on behalf of Creditor The Bank Of New York Mellon  et.al. pawb@fedphe.com


TOTAL: 12